**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PARADISE MORGAN, Individually and as the representative of a class of similarly situated persons,

                      Plaintiff,

- against -

BOODY NORTH AMERICA, LLC,

                      Defendant.
-------------------------------------------------------------X

Case No.   1:23-cv-6792-JPC

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Paradise Morgan, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Boody North America, LLC.

Dated: Scarsdale, New York
       February 20, 2024

                                      SHAKED LAW GOUP, P.C.
                                      Attorneys for Plaintiff

                                      By: _____
                                      Dan Shaked, Esq.
                                      14 Harwood Court, Suite 415
                                      Scarsdale, NY 10583
                                      Tel. (917) 373-9128
                                      e-mail: ShakedLawGroup@Gmail.com